1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCY GOODSON,

Defendant.

CASE NO.CR05-5797RBL

ORDER GRANTING
CONTINUANCE OF
TRIAL DATE

The Government and Defendant jointly moved to continue the trial date.  For the reasons orally stated, on the record,  the motion  is GRANTED and  the  Trial Date is **CONTINUED to MAY 8, 2006 at 9:00 a.m.**

In view of the foregoing, the court finds and rules as follows:

1.  Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence.  Title 18 U.S.C. §3161(h)(8)(B)(iv).

2.  The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  Title 18 U.S.C. §3161(h)(8)(A).  The period of delay resulting from this continuance from **JANUARY 18, 2006  to MAY 8, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

///
///
///

ORDER -1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **MAY 8, 2006 at 9:00 a.m.**

The Pretrial Conference is rescheduled for **MAY 2, 2006 at 9:00 a.m.**

The Motions Cutoff date is extended to **MARCH 6, 2006.**

IT IS SO ORDERED this 18th day of January, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2