Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCY GOODSON, )<br>)<br>Defendant. )<br>_____) | NO.   CR05-5797RBL<br><br>ORDER CONTINUING<br>RESPONSE TO PRE-TRIAL<br>MOTIONS |

Based upon the stipulation between the United States of America, and defendant Marcy Goodson, and for the reasons stated in the written Stipulation, this Court GRANTS the stipulation and ORDERS that,

Defendant Marcy Goodson may file additional pre-trial motions by or before April 11, 2005.

The government's responses to pre-trial motions is continued to Wednesday, April 19, 2006, and defendant Goodson's motions are renoted for Friday, April 21, 2006.

DATED this 28th day of March, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order Continuing Government's Response Date/
United States v. Goodson, et al., CR05-5797RBL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970