HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENN R. LUND and MARCY GOODSON,<br><br>Defendants. | Case No. CR05-5797 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant Lund's Motion to Continue Trial Date [Dkt. #36] and Motion to Continue Pre-Trial Motions Cutoff Date [Dkt. #35].

Having considered the entirety of the records and file herein, the Court rules as follows:

1. The current trial date is May 8, 2006.

2. Mr. Lund is charged along with co-defendant Marcy Goodson in a two-count indictment with conspiracy to distribute methamphetamine and possession with intent to distribute methamphetamine.

3. The indictment was returned on November 8, 2005. Mr. Lund was arrested on March 21, 2006 and was arraigned on that date.

4. Counsel for Mr. Lund received the discovery in this matter on April 5, 2006 and seeks a continuance in order to adequately review the materials and prepare pre-trial motions and to contact potential witnesses.

5.      Mr. Lund concurs in the requested continuance as evidenced by his signed waiver of speedy trial rights.

6.      The ends of justice served by the granting of the requested continuance outweigh the better interests of the public and the defendant in a more speedy trial because to deny the requested continuance would deny the defendant the reasonable time necessary for effective preparation.  18 U.S.C. § 3161(h)(8)(A)(iv).

7.      Defendant's Motion to Continue is **GRANTED**.  The new trial date for Mr. Lund and Ms. Goodson is July 17, 2006 at 9:00 a.m.  A pre-trial motions hearing in lieu of a pre-trial conference will be held on July 6, 2006 at 9:00 a.m.  Additional pre-trial motions, if any, shall be filed on or before May 29, 2006.

8.      The time from May 8, 2006 until the new trial date of July 17, 2006 is excluded under 18 U.S.C. §§ 3161(h)(7) and 3161(h)(8)(A).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 26th day of April, 2006.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE