Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO.   CR05-5797RBL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| MARCY GOODSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court by request of the United States for leave to dismiss, without prejudice, the Indictment as to defendant Marcy Goodson; defendant does not object to the dismissal, and for the reasons stated in the government's request, and this Court's review of the entirety of the files, therefore,  IT IS HEREBY ORDERED:

The United States' request is GRANTED, and,

The Indictment is dismissed as to defendant Marcy Goodson, without prejudice.

Dated:  this 29th day of June, 2006.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL/Goodson— 1
CR05-5797RBL